IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLACEY PEDERSON,<br><br>Defendant. | CR 07-131-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, CLACEY PEDERSON is hereby released from the custody of the U.S. Marshals Service.

DATED this 2nd day of March, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1